IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIE WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0080 |
| ) | |
| PERFECT EQUIPMENT COMPANY, LLC, ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court

For the reasons set forth in the Memorandum Opinion accompanying this Order, the Court hereby **DENIES** Defendant's Motion for Summary Judgment (Doc. No. 10).

It is so **ORDERED**, this the 14th day of November, 2005.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge