IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIE WORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0080 |
| ) | |
| PERFECT EQUIPMENT COMPANY, LLC, ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Perfect Equipment Company, LLC's Motion for Reconsideration (Doc. No. 26). For the reasons set forth in the Memorandum accompanying this Order, the Court hereby **GRANTS** Defendant's Motion for Reconsideration. Accordingly, the Order entered November 14, 2005 (Doc. No. 25) denying summary judgment is hereby **VACATED**. The Court **GRANTS** summary judgment in Defendant's favor and **DISMISSES** Plaintiff's claims in their entirety.

It is so **ORDERED**, this the 3rd day of January, 2006.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge